# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-3445
_____

CHRISTOPHER MICHAEL
ARGUELLES,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Escambia County.
J. Scott Duncan, Judge.

October 24, 2018


PER CURIAM.

DISMISSED.

MAKAR, WINSOR, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Bruce A. Miller, Public Defender, and Kimberly A. Reece, Assistant Public Defender, Pensacola, for, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.